IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF KANSAS
At Kansas City

| | |
|---|---|
| **KIMBERLY YOUNG,**  17613 Fairmount Road  Leavenworth, KS 66048  **Plaintiff**  v.  **GRAHAM-WELCH & ASSOCIATES, LLC**  d/b/a/ **WEICHERT, REALTORS -**  **GRAHAM-WELCH, LLC**  Serve: National Registered Agents, Inc. of KS  2101 SW 21st Street  Topeka, Kansas 66604  **Defendant** | Case No.  11-cv-2581 EFM/JPO  **Jury Trial Demanded** |

## COMPLAINT

COMES NOW plaintiff Kimberly Young, and for her Complaint against defendant Graham-Welch & Associates, LLC d/b/a/ Weichert, Realtors - Graham-Welch, LLC, for violations of the Fair Labor Standards Act ("FLSA"), 29 U.S.C. § 201 *et seq.*, states, alleges and avers as follows:

### Preliminary Statement

1. Plaintiff brings this action against defendant for unpaid wages, and related penalties and damages. Defendant's practice and policy was to willfully fail and refuse to properly pay plaintiff for all hours worked. Doing so is in direct violation of the FLSA, 29 U.S.C. § 201 *et seq.*

2. Defendant's practices are in direct violation of the FLSA and plaintiff seeks compensation for unpaid wages; liquidated and/or other damages as permitted by applicable law; and attorneys' fees, costs, and expenses incurred in this action.

1

**Parties**

3.     Plaintiff currently resides at 17613 Fairmount Rd, Leavenworth, Kansas 66048. Plaintiff was previously employed as a non-exempt salaried employee for defendant and worked at defendant's place of business located in Johnson County, Kansas.

4.     Defendant is a Kansas limited liability company with its principal place of business located in Johnson County, Kansas.

**Jurisdiction and Venue**

5.     This Court has original federal question jurisdiction under 28 U.S.C. § 1311 for the claims brought under the FLSA, 29 U.S.C. § 201, *et seq.*

6.     The United States District Court for the District of Kansas has personal jurisdiction because defendant conducts business in Johnson County, Kansas, located within this District.

7.     Venue is proper in this Court pursuant to 28 U.S.C. § 1391(b), inasmuch as defendant is a Kansas limited liability company with its principal place of business and its registered agent located in Johnson County, Kansas.

**COUNT I – FLSA CLAIM**

8.     Plaintiff incorporates by reference paragraphs 1 through 7 of her Complaint, as if fully set forth herein.

9.     Plaintiff worked for and provided services to defendant from December 2006 to August 2011.  From March 2008 to August 2011, plaintiff performed work as a non-exempt salaried employee for defendant.   Prior to March 2008, plaintiff was employed by defendant as an independent contractor.

10.     During plaintiff's employment with defendant, plaintiff was regularly required to work more than 40 hours per workweek and was not compensated for her overtime hours.

2

11. Upon information and belief, at all times relevant herein, defendant has had gross operating revenues in excess of $500,000.00.

12. The FLSA requires each covered employer to compensate non-exempt salaried workers for all overtime hours.

13. Defendant failed and refused to compensate plaintiff for all overtime hours. As a result, defendant has violated the FLSA, 29 U.S.C. §§ 201, *et seq.*

14. The foregoing conduct, as alleged herein, constitutes a willful violation of the FLSA within the meaning of 29 U.S.C. § 255(a).

15. Plaintiff seeks damages in the amount of all respective unpaid wages, plus liquidated damages, as provided by the FLSA, 29 U.S.C. § 216(b), and such other legal and equitable relief as the Court deems just and proper.

16. Plaintiff further seeks recovery of all attorneys' fees, costs, and expenses of this action, to be paid by defendant, as provided by the FLSA, 29 U.S.C. § 216(b).

WHEREFORE, plaintiff prays for relief as follows:

    a. An award of damages for unpaid wages due to plaintiff; and

    b. Liquidated damages, to be paid by defendant; and

    c. Pre-Judgment and Post-Judgment interest, as provided by law; and

    d. Costs and expenses of this action incurred herein, including reasonable attorneys' fees and expert fees; and

    e. Any and all such other and further legal and equitable relief as this Court deems necessary, just and proper.

**Plaintiff respectfully requests a JURY TRIAL and designates the place of trial as KANSAS CITY, KANSAS.**

Respectfully submitted,

**GAUGHAN & CUNDIFF LLC**


/s/ Christopher M. Gaughan
CHRISTOPHER M. GAUGHAN     #21895
6731 W. 121st St.
Suite 210
Overland Park, Kansas 66209
(913) 312-5610
(913) 312-5611 (fax)
*cgaughan@gaughancundiff.com*
**Attorney for Plaintiff**